IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Robert Michael Dykes - #166052

No. C 14-80233

**ORDER RE REASSIGNMENT**

This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated: September 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE